**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTIONS

Appellate case name:      Eric Baumgart v. The State of Texas

Appellate case number:    01-14-00320-CR

Trial court case number:  1382166

Trial court:              183rd District Court of Harris County

Party filing motion:      Appellant

     All relief requested by appellant Eric Baumgart in his "Notice of Incomplete Records" and "Request for Ruling on Motion Concerning Incomplete Records" is **DENIED**.


Judge's signature: /s/ Russell Lloyd

                  Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Lloyd


Date:  March 10, 2016